UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 3 0 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| CHARLES WRIGHT, JR., | ) | 4:12CR00134FRB |
| | ) | |
| Defendant. | ) | |

## MISDEMEANOR INFORMATION

### COUNT I

The United States Attorney charges that:

On or about April 30, 2010, within the Eastern District of Missouri,

**CHARLES WRIGHT, JR.**

the defendant herein, did embezzle, steal, purloin, or knowingly and willfully convert to his use

money of the United States or any department or agency thereof, or any property made or being

made under contract for the United States or any department or agency thereof, to wit:

defendant stole government funds in the amount of $674.00.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200


UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )


I, Anthony L. Franks, Assistant United States Attorney for the Eastern District of

Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

ANTHONY L. FRANKS

Subscribed and sworn to before me this 30th day of March 2012.

CLERK, U.S. DISTRICT COURT

By: _____
    DEPUTY CLERK