UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 3 0 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| CHARLES WRIGHT, JR., | ) 4:12CR00134FRB ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Richard Callahan, United States Attorney for the Eastern District of Missouri, and Anthony L. Franks, Assistant United States Attorney, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

_____
ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200