UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:12CR134 FRB |
| | ) | |
| CHARLES WRIGHT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Charles Wright, Jr., having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C., §3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender for this district is appointed to represent Charles Wright, Jr. in this matter.

　　　　　　　　　　　　　　　　　/s/ Terry I. Adelman
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this  17th  day of April, 2012.