UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:12CR-134 FRB |
| | ) | |
| CHARLES WRIGHT, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S DISCLOSURE OF ARGUABLY-SUPPRESSIBLE EVIDENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Anthony L. Franks, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the government intends to use the evidence seized and statements made by the defendants and others as a result of the arrest made in this case. This evidence is fully described in the discovery which has been provided to the attorneys for the defendants under separate cover.

As additional evidence is found and as supplemental information comes to the government's attention, the government will provide notice to the defense of its intention to use such additional evidence.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/ Anthony Franks*
ANTHONY FRANKS, #50217
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

### CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

BRIAN S. WITHERSPOON
Federal Public Defender
Attorney for Defendant
1010 Market Street Suite 200
St. Louis, Missouri 63101

*s/ Anthony Franks*
ANTHONY FRANKS, #50217MO
Assistant United States Attorney