Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date  **April 19, 2012**   Judge  **Frederick R. Buckles**   Case No. **4:12-CR-00 134 FRB**

**UNITED STATES OF AMERICA vs. CHARLES WRIGHT, JR.**

Court Reporter  FTR Gold   Deputy Clerk  M. Crayton

Assistant United States Attorney  Anthony Franks

Attorney for Defendant  Brian Witherspoon

Interpreter _____   ☐ **SEALED PROCEEDING**

**Proceedings:**

- ☐ Initial Appearance
- ☒ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
- ☐ Bond Review
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Revocation
- ☐ Probation
- ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conference
- ☐ Material Witness

Parties present for hearing on **Arraignment**. This case is a Class A Misdemeanor. The defendant elects to proceed before the magistrate judge for trial of this case. The defendant executes a written Consent To Proceed Before A Magistrate Judge In A Misdemeanor Case Form. The Court proceeds to arraignment of the defendant.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned   ☒ Waives reading of the Information   ☐ Matter taken under advisement

☒ Plea entered  not guilty to the Information   Order on pretrial motions will be issued.

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time : **To Be Set By Magistrate Judge Buckles Upon The Completion Of Pretrial Proceedings.**

☐ Remanded to custody   ☒ Released on bond

Next hearing date/time **May 15, 2012 at 1:00 pm**   Type of hearing **Evidentiary/Pretrial**   Before **Magistrate Judge Buckles**

Proceeding commenced  9:21 am   Proceeding conclude  9:33 am   Continued to _____

Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the conditions of release as set out in the petition.