UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12C134 FRB ) |
| CHARLES WRIGHT, JR., | ) ) |
| Defendant. | ) |

### GOVERNMENT'S REQUEST FOR DISCOVERY

Comes now the United States of America, by and through the undersigned Assistant United States Attorney and states that the government intends to comply with the defendant's request for discovery and to disclose and furnish to the defendant, and permit the defendant to inspect and to copy or photograph, any and all of the material and information which the defendant is entitled to discover pursuant to Rule 16(a)(1)(A through G).

In view of the above, the government requests that the defendant disclose and furnish to the government, and permit the government to inspect and to copy or photograph, any and all of the material and information which the government is entitled to discover pursuant to Rule 16(b)(1)(A through C), Federal Rules of Criminal Procedure.

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney

Dated this 19th day of April, 2012.

Executed in open court at the time of arraignment in the presence of opposing counsel. Copy provided at that time to opposing counsel.