UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:12CR0134 FRB |
| v. | ) |
| CHARLES WRIGHT, | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

Assistant Federal Public Defender Jan C. Good enters her appearance as attorney for Defendant Charles Wright replacing all counsel who have previously appeared for Defendant.

Dated 04/20/2012.

        Respectfully submitted,

        /s/Jan C. Good
        JAN C. GOOD   MO 34389
        Assistant Federal Public Defender
        1010 Market Street - Suite 200
        St. Louis, Missouri 63101

        Telephone 314-241-1255
        FAX: 314-421-3177
        E-Mail: Jan_Good@fd.org

        Attorney for Defendant

# CERTIFICATE OF SERVICE

     Assistant Federal Public Defender Jan C. Good certifies that she filed this Entry of Appearance electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Anthony Franks.

     Dated 04/20/2012.

                                       /s/ Jan C. Good
                                       JAN C. GOOD   MO 34389